## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHICS PROPERTIES HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | ) C. A. No. 12-1392-LPS |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| BARNES & NOBLE, INC., | ) |
| BARNESANDNOBLE.COM LLC and | ) |
| BARNESANDNOBLE.COM INC., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED, by the undersigned counsel for plaintiff Graphics Properties Holdings, Inc. and defendants Barnes & Noble, Inc., barnesandnoble.com llc and barnesandnoble.com inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and subject to the approval of the Court, that all claims and counterclaims asserted in this action are hereby dismissed WITH PREJUDICE, with all parties bearing their own costs, expenses and attorneys' fees.

| | |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| | |
| By: /s/ Brian E. Farnan | By: /s/ Philip A. Rovner |
| Brian E. Farnan (#4089) | Philip A. Rovner (# 3215) |
| Michael J. Farnan (#5165) | Jonathan A. Choa (# 5319) |
| 919 N. Market Street, 12th Floor | Hercules Plaza |
| Wilmington, DE 19801 | P.O. Box 951 |
| (302) 777-0300 | Wilmington, DE 19899 |
| bfarnan@farnanlaw.com | (302) 984-6000 |
| mfarnan@farnanlaw.com | provner@potteranderson.com |
| | jchoa@potteranderson.com |
| *Attorneys for Plaintiff* | |
| *Graphics Properties Holdings, Inc.* | *Attorneys for Defendants* |
| | *Barnes & Noble, Inc.,* |
| Dated: October 29, 2013 | *barnesandnoble.com llc and* |
| | *barnesandnoble.com inc.* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
LEONARD P. STARK
UNITED STATES DISTRICT JUDGE

1128124